Matthew L. Durham
Nevada Bar No. 10342
mld@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendant INTU Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| Krystal Johnson; Shannon Delelle,, | Case No. 2:18-cv-02361-MMD-NJK |
| Plaintiffs, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| v. | |
| INTU Corporation, | **(First Request)** |
| Defendant. | |

Plaintiffs, Krystal Johnson and Shannon DeLelle, and Defendant INTU Corporation, by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiffs filed their complaint in this matter on December 12, 2018.

2. INTU Corporation was served with the complaint on December 14, 2018.

3. INTU Corporation's response to the complaint is currently due on January 4, 2019.

4. Plaintiffs and INTU Corporation have agreed to extend the deadline for INTU Corporation to file a responsive pleading to Plaintiffs' complaint to January 14, 2019, to accommodate for the holidays and INTU Corporation's counsel's recent retention in this matter.

This is the first extension of INTU Corporation's time for filing a responsive pleading to Plaintiffs' complaint.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

DATED: January 3, 2019             PAYNE & FEARS, LLP

By: _____/s/ Sarah J. Odia_____
                SARAH J. ODIA

Attorneys for Defendant INTU Corporation

DATED: January 3, 2019             RANDAZZA LEGAL GROUP, PLLC

By: _____/s/ Ronald D. Green_____
                RONALD D. GREEN

Attorneys for Plaintiffs

ORDER

The parties' stipulation to extend time to respond to the complaint, Docket No. 7, is GRANTED. Defendant must file its response to Plaintiff's complaint no later than January 14, 2019.

IT IS SO ORDERED.

DATED: January 3, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE