# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KRYSTAL JOHNSON, et al.,
    Plaintiff(s),

v.

INTU, et al.,
    Defendant(s).

Case No.: 2:18-cv-002361-MMD-NJK

**ORDER**

(Docket No. 18)

Pending before the Court is the parties' stipulated discovery plan and scheduling order. Docket No. 18. The parties' stipulation requests more than the presumptively reasonable period of time for discovery and it appears from the parties' explanation that they are requesting additional time, in part, to informally stay the discovery obligations. *Id.* at 1. Accordingly, the stipulation is hereby **DENIED** without prejudice. The parties shall file a renewed joint proposed discovery plan no later than March 11, 2019.

IT IS SO ORDERED.

Dated: March 7, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge