Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants INTU
CORPORATION and DEANNA EDWARDS
and Counterclaimant INTU CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL JOHNSON, on behalf of herself and all others similarly situated, an individual; SHANNON DELELLE, on behalf of herself and all others similarly situated, an individual; CRYSTAL HONECK, on behalf of herself and all others similarly situated, an individual; DUSTY DANGERFIELD, on behalf of herself and all others similarly situated, an individual; JENNIFER WAKUZAWA-KIDA, on behalf of herself and all others similarly situated, an individual; SARAH PASCOE, on behalf of herself and all others similarly situated, an individual; ELIZABETH SPANGLER, on behalf of herself and all others similarly situated, an individual; SHANNON THOMPSON, on behalf of herself and all others similarly situated, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>INTU, a Nevada corporation; DEANNA EDWARDS, an individual,<br><br>Defendants. | Case No. 2:18-cv-02361-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR INTU CORPORATION TO RESPOND TO PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION (ECF NO. 24)**<br><br>**[FIRST REQUEST]** |
| INTU CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>KRYSTAL JOHNSON; SHANNON DELELLE; CRYSTAL HONECK; DUSTY | |

| | |
|---|---|
| 1 | DANGERFIELD; JENNIFER WAKUZAWA-KIDA; SARAH PASCOE; ELIZABETH SPANGLER; and SHANNON THOMPSON; |
| 2 | |
| 3 | Counter-Defendants. |

On April 10, 2019, Plaintiffs Krystal Johnson, Shannon DeLelle, Crystal Honeck, Dusty Dangerfield, Jennifer Wakuzawa-Kida (collectively, "Plaintiffs") filed a Motion for Conditional Class Certification [ECF 24]. The original deadline for Defendants INTU CORPORATION and DEANNA EDWARDS and Counterclaimant INTU CORPORATION (collectively, "Defendants") to file their response to Plaintiffs' Motion was April 24, 2019. Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate that Defendants shall have an extension from April 24, 2019, until May 8, 2019, to file a response to Plaintiff's Motion for Conditional Class Certification. This is Defendants' first request for such an extension.

DATED: April 15, 2019          PAYNE & FEARS LLP


By:     */s/ Sarah J. Odia*
          Sarah J. Odia, Nevada Bar No. 11053
          6385 S. Rainbow Blvd., Suite 220
          Las Vegas, Nevada 89118
          Tel. (702) 851-0300

          Attorneys for Defendants INTU Corporation and
          Deanna Edwards and Counterclaimant INTU
          Corporation

[signatures continued on next page]

DATED: April 15, 2019　　　　　　　　RANDAZZA LEGAL GROUP, PLLC

By　　　*/s/ Ronald D. Green*
　　　Ronald D. Green, Nevada Bar No. 7360
　　　LaTeigra C. Cahill, Nevada Bar No. 14352
　　　2764 Lake Sahara Drive, Suite 109
　　　Las Vegas, Nevada 89117
　　　Tel. (702) 420-2001

　　　Maurice B. Verstandig, *Admitted Pro Hac Vice*
　　　THE VERSTANDIG LAW FIRM, LLC
　　　9812 Falls Road, #114-160
　　　Potomac, Maryland 20854
　　　Tel. (301) 444-4600

　　　Attorneys for Plaintiffs, Krystal Johnson, Shannon DeLelle, Crystal Honeck, Dusty Dangerfield, Jennifer Wakuzawa-Kida, Sarah Pascoe, Elizabeth Spangler, and Shannon Thompson

**ORDER**

**IT IS SO ORDERED:**

DATED: April 16, 2019

_____
UNITED STATES DISTRICT JUDGE

4844-1198-1972.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300