Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants INTU
CORPORATION and DEANNA EDWARDS
and Counterclaimant INTU CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL JOHNSON, on behalf of herself and all others similarly situated, an individual; SHANNON DELELLE, on behalf of herself and all others similarly situated, an individual; CRYSTAL HONECK, on behalf of herself and all others similarly situated, an individual; DUSTY DANGERFIELD, on behalf of herself and all others similarly situated, an individual; JENNIFER WAKUZAWA-KIDA, on behalf of herself and all others similarly situated, an individual; SARAH PASCOE, on behalf of herself and all others similarly situated, an individual; ELIZABETH SPANGLER, on behalf of herself and all others similarly situated, an individual; SHANNON THOMPSON, on behalf of herself and all others similarly situated, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>INTU, a Nevada corporation; DEANNA EDWARDS, an individual,<br><br>Defendants. | Case No. 2:18-cv-02361-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR INTU CORPORATION TO RESPOND TO PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION (ECF NO. 24)**<br><br>**[SECOND REQUEST]** |
| INTU CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>KRYSTAL JOHNSON; SHANNON DELELLE; CRYSTAL HONECK; DUSTY | |

| | |
|---|---|
| 1 | DANGERFIELD; JENNIFER WAKUZAWA-KIDA; SARAH PASCOE; ELIZABETH |
| 2 | SPANGLER; and SHANNON THOMPSON; |
| 3 | Counter-Defendants. |

On April 10, 2019, Plaintiffs Krystal Johnson, Shannon DeLelle, Crystal Honeck, Dusty Dangerfield, Jennifer Wakuzawa-Kida (collectively, "Plaintiffs") filed a Motion for Conditional Class Certification [ECF 24]. The parties previously stipulated and agreed that Defendants INTU CORPORATION and DEANNA EDWARDS and Counterclaimant INTU CORPORATION (collectively, "Defendants") would file their response to Plaintiffs' Motion on May 8, 2019.

Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and agree that Defendants shall have an extension from May 8, 2019, until May 22, 2019, to file a response to Plaintiff's Motion for Conditional Class Certification. This is Defendants' second request for such an extension.

DATED: May 1, 2019     PAYNE & FEARS LLP

By:  */s/ Sarah J. Odia*
Sarah J. Odia, Nevada Bar No. 11053
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300

Attorneys for Defendants INTU Corporation and Deanna Edwards and Counterclaimant INTU Corporation

[signatures continued on next page]

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD., SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| DATED: May 1, 2019 | RANDAZZA LEGAL GROUP, PLLC |

By  */s/ Ronald D. Green*
Ronald D. Green, Nevada Bar No. 7360
LaTeigra C. Cahill, Nevada Bar No. 14352
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel. (702) 420-2001

Maurice B. Verstandig, *Admitted Pro Hac Vice*
THE VERSTANDIG LAW FIRM, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Tel. (301) 444-4600

Attorneys for Plaintiffs, Krystal Johnson, Shannon DeLelle, Crystal Honeck, Dusty Dangerfield, Jennifer Wakuzawa-Kida, Sarah Pascoe, Elizabeth Spangler, and Shannon Thompson

**ORDER**

**IT IS SO ORDERED:**

DATED: 5/2/2019

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

4844-1198-1972.1