# EXHIBIT "3"

# EXHIBIT "3"

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL JOHNSON, on behalf of herself and all others similarly situated, an individual; SHANNON DELELLE, on behalf of herself and all others similarly situated, an individual; CRYSTAL HONECK, on behalf of herself and all others similarly situated, an individual; DUSTY DANGERFIELD, on behalf of herself and all others similarly situated, an individual; JENNIFER WAKUZAWA-KIDA, on behalf of herself and all others similarly situated, an individual; SARAH PASCOE, on behalf of herself and all others similarly situated, an individual; ELIZABETH SPANGLER, on behalf of herself and all others similarly situated, an individual; SHANNON THOMPSON, on behalf of herself and all others similarly situated, an individual;<br><br>    Plaintiffs,<br><br>v.<br><br>INTU, a Nevada corporation; DEANNA EDWARDS, an individual,<br><br>    Defendants. | Case No. 2:18-cv-02361-MMD-NJK<br><br>**DECLARATION OF SARAH J. ODIA** |

I, Sarah J. Odia, declare as follows:

1.    I am an attorney duly licensed to practice before this Court. I am co-counsel of record for Defendants INTU Corporation ("INTU") and Deanna Edwards (collectively, "Defendants") in the above-captioned action. I have personal knowledge of the matters set forth in this declaration.

2.    All of the payout sheets provided by INTU to my office in this case have been produced in this action and are bate labeled INTU 000061 to INTU 001588. As an example, true and correct copies of all payout sheets for Plaintiff Shannon DeLelle for the 2018 calendar year

that were produced in this action are attached hereto as **Exhibit A**.

3. My office has compiled all relevant information from the payout sheets for each Plaintiff, including dates worked, time in/out, minutes worked (actually performing massages at $2.00 per minute), amount collected for massage services (excluding tips, which are not recorded), and Plaintiffs' forty-five percent (45%) share of amounts received. Using this data, my office has determined for each workweek for the calendar years 2016, 2017, and 2018: (1) the number of hours worked by each Plaintiff for each workweek; (2) the total amount of compensation each Plaintiff received for each workweek; and (3) each Plaintiffs' hourly rate for each work week (total amount of compensation received for each workweek (excluding tips) divided by the number of hours worked for the workweek). True and correct copies of the charts compiling this information for each Plaintiff for each calendar year, by workweek are collectively attached hereto as **Exhibit B**.

4. On March 19, 2019, Defendants served Plaintiffs with Interrogatories and Requests for Production of Documents in this action. A true and correct copy of Plaintiffs' responses to Defendants' Interrogatories is attached hereto as **Exhibit C**. A true and correct copy of Plaintiffs' responses to Defendant's Requests for Production of Documents is attached hereto as **Exhibit D**. In response to Defendants requests, Plaintiffs produced only limited payout sheets for Plaintiffs Pascoe, Thompson, Dangerfield, and Spangler, and no payout sheets for the remaining Plaintiffs.

5. My office did cross-reference the payout sheets produced by Plaintiffs with INTU's records and ensured that all payout sheets, including those produced by Plaintiffs were incorporated in the workweek calculations that are attached as Exhibit B to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 24th, 2019, at Las Vegas, Nevada.

_Sarah J. Odia_
Sarah J. Odia

-2-   Case No. 2:18-cv-02361-MMD-NJK
DECLARATION OF SARAH J. ODIA

# EXHIBIT "3-A"

# EXHIBIT "3-A"



Shannon Delelle 2018



# INTU CORPORATION
Corporate Wellness & Massage Oasis

Independent Contractor's
M A S S A G E
T H E R A P Y
R E P O R T

**2018**

INTU 001548

### Card 1

**INTU CORPORATION**
Corporate Wellness & Massage Oasis

- Name: Shannon DeLelle
- Date: 2/5/18
- Property: ARIA
- Time In/Out: 9p-3a
- Minutes Worked: 360
- Amount: $396

| Voucher #s | Start/Stop Time | Area | Table/Seat | Total Time |
|---|---|---|---|---|
|  | 9:15/12:15 | 8 | 17/7 | 160 |
|  | 12:25/1:25 | 8 | 10/5 | 60 |
|  | 1:35/2:35 | 8 | 10/8 | 60 |
|  | 2:40/3:40 | 8 | 15/3 | 60 |

**For Office Use Only**

| | |
|---|---|
| Total Minutes | 260 |
| Amount Owed | $296.00 |
| Cash in Envelope | 396.00 |
| Vouchers in Envelope | — |
| Amount Over or Under | — |
| Property | ARIA |

Please return to security or call 702-858-4686

### Card 2

**INTU CORPORATION**
Corporate Wellness & Massage Oasis

- Name: Shannon DeLelle
- Date: 2/2/18
- Property: ARIA
- Time In/Out: 10p-4a
- Minutes Worked: 320
- Amount: $352

| Voucher #s | Start/Stop Time | Area | Table/Seat | Total Time |
|---|---|---|---|---|
|  | 10:06/10:36 | Slots | BJ/9 | 30 |
|  | 10:47/11:17 | Poker | 11/6 | 30 |
|  | 11:21/12:07 | Poker | 11/8 | 45 |
|  | 12:12/1:12 | Poker | 11/9 | 60 |
|  | 1:31/3:31 | Poker | 12/6 | 120 |
|  | 3:32/3:52 | Poker | 15/4 | 20 |
|  | 4:08/4:23 | Poker | 21/2 | 15 |

**For Office Use Only**

| | |
|---|---|
| Total Minutes | 320 |
| Amount Owed | $352.00 |
| Cash in Envelope | 358.00 |
| Vouchers in Envelope | — |
| Amount Over or Under | — |
| Property | ARIA |

Please return to security or call 702-858-4686

### Card 3

**INTU CORPORATION**
Corporate Wellness & Massage Oasis

- Name: Shannon DeLelle
- Date: 2/6/18
- Property: ARIA
- Time In/Out: 3p-9p
- Minutes Worked: 245
- Amount: $270

| Voucher #s | Start/Stop Time | Area | Table/Seat | Total Time |
|---|---|---|---|---|
|  | 3:16/3:45 | 8 | 20/3 | 30 |
|  | 4:20/5:35 | 8 | 7/3 | 75 |
|  | 5:45/6:15 | 8 | 7/8 | 30 |
|  | 6:30/7:15 | 8 | 7/1 | 45 |
|  | 7:35/7:40 | 8 | 7/3 | 5 |
|  | 7:50/8:20 | 8 | 6/6 | 30 |
|  | 8:10/8:20 | 8 | — | — |
|  | 8:45/9:05 | 13 | BJ slots | 20 |

**For Office Use Only**

| | |
|---|---|
| Total Minutes | 245 |
| Amount Owed | 269.50 |
| Cash in Envelope | 270.00 |
| Vouchers in Envelope | — |
| Amount Over or Under | +.50 |
| Property | ARIA |

Please return to security or call 702-858-4686

## Receipt 1 (FEB 12)

**INTU CORPORATION**
Corporate Wellness & Massage Oasis

Name: Shannon DeLelle
Date: 2/8/18     Time In/Out: 7p-12a
Property: Aria
Minutes Worked: 175     Amount: $193

| Voucher #s | Start/Stop Time | Area | Table/Seat | Total Time |
|---|---|---|---|---|
|  | 7:35/8:20 | 8 | 2/2 | 45 |
|  | 8:30/8:40 | 8 | 6/4 | 10 |
|  | 8:45/8:55 | 8 | 4/1 | 10 |
|  | 8:55/9:15 | 8 | 5/5 | 20 |
|  | 9:30/10:00 | 8 | 5/5 | 30 |
|  | 10:05/10:25 | 8 | 2/2 | 20 |
|  | 10:45/11:00 | 8 | 7/7 | 15 |
|  | 11:05/11:30 | 8 | 5/1 | 25 |

**For Office Use Only**

| | |
|---|---|
| Total Minutes | 175 |
| Amount Owed | 192.50 |
| Cash in Envelope | 193.00 |
| Vouchers in Envelope | — |
| Amount Over or Under | +.50 |
| Property | Aria |

Please return to security or call 702-858-4686

## Receipt 2 (FEB 12)

**INTU CORPORATION**
Corporate Wellness & Massage Oasis

Name: Shannon DeLelle
Date: 2/7/18     Time In/Out: 2p-8p
Property: Aria
Minutes Worked: 335     Amount: $369

| Voucher #s | Start/Stop Time | Area | Table/Seat | Total Time |
|---|---|---|---|---|
|  | 2:25/3:55 | 8 | 6/6 | 90 |
|  | 4:10/4:50 | 8 | 6/3 | 40 |
|  | 5:00/5:20 | 8 | 5/6 | 20 |
|  | 5:30/6:00 | 8 | 6/3 | 40 |
|  | 6:15/7:45 | 8 | 5/4 | 90 |
|  | 7:55/8:50 | 8 | 2/5 | 55 |

**For Office Use Only**

| | |
|---|---|
| Total Minutes | 335 |
| Amount Owed | 368.50 |
| Cash in Envelope | 369.00 |
| Vouchers in Envelope | — |
| Amount Over or Under | +.50 |
| Property | Aria |

Please return to security or call 702-858-4686

## Receipt 3

**INTU CORPORATION**
Corporate Wellness & Massage Oasis

Name: Shannon DeLelle
Date: 2/4/18     Time In/Out: 4p-8p, 9p-2a
Property: Aria / Bellagio
Minutes Worked: 430     Amount: $475

| Voucher #s | Start/Stop Time | Area | Table/Seat | Total Time |
|---|---|---|---|---|
|  | 4:20/6:30 | 8 | 12/4 | 130 |
|  | 6:50/8:00 | 8 | 19/8 | 70 |
|  | 7:00/7:20 | 8 | 27/3 | 20 |
|  | 9:35/10:05 | 8 | 7/7 | 30 |
|  | 10:00/10:45 | 8 | 5/1 | 45 |
|  | 11:15/11:50 | 8 | 12/4 | 35 |
|  | 12:00/12:40 | 8 | 17/3 | 40 |
|  | 12:45/1:15 | 8 | 30/1 | 30 |
|  | 1:25/1:55 | 8 | 26/3 | 30 |

**For Office Use Only**

| | |
|---|---|
| Total Minutes | 430 |
| Amount Owed | $473.00 |
| Cash in Envelope | 473.00 |
| Vouchers in Envelope | — |
| Amount Over or Under | — |
| Property | Bellagio |

Please return to security or call 702-858-4686



## Card 1 (OCT 22 20??)

**INTU CORPORATION** — Corporate Wellness & Massage Oasis

- Name: Shannon DeLelle
- Date: 10/15/18
- Time In/Out: 8P-2A
- Property: Bellagio
- Minutes Worked: 185
- Amount: $204

| Voucher #s | Start/Stop Time | Area | Table/Seat | Total Time |
|---|---|---|---|---|
|  | 8:20/10:50 | 8 | 13/8 | 70 |
|  | 11:15/12:05 | 8 | 29/8 | 50 |
|  | 12:25/12:40 | 8 | 29/1 | 15 |
|  | 1:05/1:35 | 8 | 17/8 | 30 |

**For Office Use Only**

| | |
|---|---|
| Total Minutes | 185 |
| Amount Owed | 202.50 |
| Cash in Envelope | 204.00 |
| Vouchers in Envelope | — |
| Amount Over or Under | +1.50 |
| Property | Bellagio |

Please return to security or call 702-858-4686

## Card 2 (JUN 21 20??)

**INTU CORPORATION** — Corporate Wellness & Massage Oasis

$41 shirt

- Name: Shannon DeLelle
- Date: 6/19/18 6/18/18
- Time In/Out: 6P-12A
- Property: Aria
- Minutes Worked: 240
- Amount: $305 $264

| Voucher #s | Start/Stop Time | Area | Table/Seat | Total Time |
|---|---|---|---|---|
|  | 6:20/7:20 | 8 | 6/15 | 60 |
|  | 7:30/8:40 | 8 | 5/7 | 70 |
|  | 10:10/10:20 | 8 | 10/9 | 10 |
|  | 10:40/11:00 | 9 | 34/9 | 20 |
|  | 11:15/11:55 | 8 | 17/4 | 40 |
|  | 12:00/1:10 | 8 | 17/9 | 70 |

**For Office Use Only**

| | |
|---|---|
| Total Minutes | 240 |
| Amount Owed | 264.00 |
| Cash in Envelope | 305.00  264.00 |
| Vouchers in Envelope | — |
| Amount Over or Under | +41.00 shirt |
| Property | Aria |

Please return to security or call 702-858-4686

## Card 3 (DEC 10 20??)

**INTU CORPORATION** — Corporate Wellness & Massage Oasis

- Name: Shannon DeLelle
- Date: 12/7/18
- Time In/Out: 2P-8P
- Property: Bellagio
- Minutes Worked: 235
- Amount: $258

| Voucher #s | Start/Stop Time | Area | Table/Seat | Total Time |
|---|---|---|---|---|
|  | 3:25/4:15 | 8 | 7/2 | 50 |
|  | 4:00/4:40 | 8 | 37/2 | 40 |
|  | 4:50/5:50 | 8 | 34/6 | 60 |
|  | 7:00/7:25 | 8 | 5/9 | 25 |
|  | 7:30/8:30 | 8 | 26/7 | 60 |

**For Office Use Only**

| | |
|---|---|
| Total Minutes | 235 |
| Amount Owed | 256.50 |
| Cash in Envelope | 258.00 |
| Vouchers in Envelope | — |
| Amount Over or Under | 1.50 |
| Property | Bellagio |

Please return to security or call 702-858-4686