Ronald D. Green, NV Bar # 7360
LaTeigra C. Cahill, NV Bar # 14352
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Facsimile: (305) 437-7662
ecf@randazza.com

Maurice B. VerStandig, Admitted *Pro Hac Vice*
THE VERSTANDIG LAW FIRM, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Telephone: (301) 444-4600
Facsimile: (301) 576-6885
mac@mbvesq.com

*Attorneys for Plaintiffs*
*Krystal Johnson, Shannon DeLelle,*
*Crystal Honeck, Dusty Dangerfield,*
*Jennifer Wakuzawa-Kida,*
*Sarah Pascoe, Elizabeth Spangler, and*
*Shannon Thompson*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **KRYSTAL JOHNSON**, on behalf of herself and all others similarly situated, an individual, *et al.*<br><br>Plaintiffs,<br><br>vs.<br><br>**INTU,** a Nevada corporation, *et al.*<br><br>Defendant. | Case No. 2:18-cv-02361-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION (ECF NO. 33)** |

On April 10, 2019, Plaintiffs Krystal Johnson, Shannon DeLelle, Crystal Honeck, Dusty Dangerfield, Jennifer Wakuzawa-Kida, Sarah Pascoe, Elizabeth Spangler, and Shannon

Thompson (collectively, "Plaintiffs") filed a Motion for Conditional Class Certification [ECF 24]. On May 24, INTU Corporation and Deanna Edwards (collectively, "Defendants") filed an opposition thereto [ECF 33]. Under the Local Rules, the Plaintiffs are to file their reply to the Defendants' opposition by response to Plaintiffs' Motion on May 31, 2019. *See* Local Rule 7-2(b).

Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate and agree that Plaintiffs shall have an extension from May 31, 2019, until June 14, 2019, to file a reply to the opposition of the Defendants to the Plaintiffs' Motion for Conditional Class Certification. This is Plaintiffs' first request for such an extension.

DATED: May 29, 2019             RANDAZZA LEGAL GROUP, PLLC

By     */s/ Maurice B. Verstandig*
Ronald D. Green, Nevada Bar No. 7360
LaTeigra C. Cahill, Nevada Bar No. 14352
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel. (702) 420-2001

Maurice B. Verstandig, *Admitted Pro Hac Vice*
THE VERSTANDIG LAW FIRM, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Tel. (301) 444-4600

Attorneys for Plaintiffs, Krystal Johnson, Shannon DeLelle, Crystal Honeck, Dusty Dangerfield, Jennifer Wakuzawa-Kida, Sarah Pascoe, Elizabeth Spangler, and Shannon Thompson

[signatures continued on next page]

DATED: May 29, 2019					PAYNE & FEARS LLP


					By:	*/s/ Sarah J. Odia*
						Sarah J. Odia, Nevada Bar No. 11053
						6385 S. Rainbow Blvd., Suite 220
						Las Vegas, Nevada 89118
						Tel. (702) 851-0300

						Attorneys for Defendants INTU Corporation and Deanna Edwards and Counterclaimant INTU Corporation

### ORDER

**IT IS SO ORDERED: Plaintiffs shall have an extension from May 31, 2019, until June 14, 2019, to file a reply to the opposition of the Defendants to the Plaintiffs' Motion for Conditional Class Certification.**

DATED: May 30, 2019

_____
UNITED STATES DISTRICT JUDGE