Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants
INTU CORPORATION and DEANNA EDWARDS

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL JOHNSON, on behalf of herself and all others similarly situated, an individual; SHANNON DELELLE, on behalf of herself and all others similarly situated, an individual; CRYSTAL HONECK, on behalf of herself and all others similarly situated, an individual; DUSTY DANGERFIELD, on behalf of herself and all others similarly situated, an individual; JENNIFER WAKUZAWA-KIDA, on behalf of herself and all others similarly situated, an individual; SARAH PASCOE, on behalf of herself and all others similarly situated, an individual; ELIZABETH SPANGLER, on behalf of herself and all others similarly situated, an individual; SHANNON THOMPSON, on behalf of herself and all others similarly situated, an individual;<br><br>      Plaintiffs,<br><br>    v.<br><br>INTU, a Nevada corporation; DEANNA EDWARDS, an individual,<br><br>      Defendants. | Case No. 2:18-cv-02361-MMD-NJK<br><br>**OFFER OF JUDGMENT TO JENNIFER WAKUZAWA-KIDA** |

Pursuant to Federal Rule of Civil Procedure 68 and Nevada Rule of Civil Procedure 68, Defendants Deanna Edwards and INTU Corporation hereby jointly offer to Plaintiff JENNIFER WAKUZAWA-KIDA ("Kida"), to allow entry of judgment to entered in favor of Kida in the total sum of One-Thousand Dollars ($1,000.00). *See*, *MRO Communications, Inc. v. American Tel.*

1

1  *&Tel. Co.*, 194 F.3d 1276 (D. Nev. 1999) (holding that NRCP 68, awarding attorneys' fees to a
2  defendant whose offer of judgment has been rejected applies in cases where a plaintiff has filed
3  supplemental state law claims in federal court).

4      This offer of judgment is inclusive of all litigation costs, including expert costs, attorneys'
5  fees, and interest that could be claimed by Kida in this action. This offer specifically precludes a
6  separate award of costs pursuant to NRS 18.110, and NRCP 68(d)(3).

7      This Offer of Judgment is made for the sole purpose of settling and resolving this claim
8  and cannot, and should not, be interpreted as an admission of liability or wrongdoing on the part of
9  Defendants.

10      Pursuant to FRCP 68 and NRCP 68, this Offer of Judgment will remain open for fourteen
11  (14) days from service, at which time it will be automatically revoked.

13  DATED: July 29, 2019                    PAYNE & FEARS LLP

16                        By:    */s/ Sarah J. Odia*
                          Sarah J. Odia
                          6385 S. Rainbow Blvd., Suite 220
                          Las Vegas, Nevada 89118
                          Telephone: (702) 851-0300

                          Attorneys for Defendants INTU CORPORATION
                          and DEANNA EDWARDS

20  4837-9921-3470.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2019, service of the foregoing, **OFFER OF JUDGMENT TO JENNIFER WAKUZAWA-KIDA** was made this date via Certified Mail to the last known address as follows:

Ronald D. Green, Esq.
Randazza Legal Group, PLLC
2764 Lake Sahara Dr., Ste. 109
Las Vegas, NV 89117
(702) 420-2001
ecf@randazza.com

Maurice B. Verstandig
The Verstandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
(301) 444-4600/(301) 576-6885 fax
mac@mbvesq.com
Attorneys for Plaintiffs

/s/ Irene Mendez
Irene Mendez
An Employee of PAYNE & FEARS LLP