AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KRYSTAL JOHNSON, on behalf of herself and all others similarly situated, an individual, et al.,

        Plaintiffs,

  v.

INTU, a Nevada corporation; DEANNA EDWARDS, an individual,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number  2:18-cv-02361-MMD-NJK

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **JUDGMENT is entered in favor of the Plaintiff, Shannon Delelle and against Defendants, INTU, and DEANNA EDWARDS, jointly and severally, in the amount of one thousand dollars and 00/100 ($1,000.00), which sum is inclusive of all litigation costs, including expert costs, attorneys' fees, and interest that could be claimed by Delelle in this action  This offer specifically precludes a separate award of costs pursuant to NRS 18.110 and NRCP 68(d)(3).

Date: <u>August 13, 2019</u>

DEBRA K. KEMPI
Clerk



/s/ Wayne Julian
Deputy Clerk