AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KRYSTAL JOHNSON, on behalf of herself
and all others similarly situated, an individual,
et al.,

                Plaintiffs,

    v.

INTU, a Nevada corporation; DEANNA
EDWARDS, an individual,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number  2:18-cv-02361-MMD-NJK

\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**JUDGMENT is entered in favor of the Plaintiff,  Shannon Thompson  and against Defendants, INTU, and DEANNA EDWARDS,  jointly and severally, in the amount of one thousand dollars and 00/100 ($1,000.00), which sum is inclusive of all litigation costs, including expert costs, attorneys' fees, and interest that could be claimed by Thompson in this action  This offer specifically precludes a separate award of costs pursuant to NRS 18.110 and NRCP 68(d)(3).**

Date: <u>August 13, 2019</u>

<u>DEBRA K. KEMPI</u>
Clerk



/s/ Wayne Julian
Deputy Clerk