# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL JOHNSON, et al.,<br>  Plaintiff(s),<br>v.<br>INTU CORPORATION,<br>  Defendant(s). | Case No.: 2:18-cv-02361-MMD-NJK<br><br>**ORDER**<br><br>(Docket No. 69) |

Pending before the Court is the parties' stipulation to extend the deadline for Defendant to respond to Plaintiff's motion to compel. Docket No. 69; *see also* Docket No. 66.

The parties submit that Defendant failed to meet the response deadline due to (1) its counsel's scheduling conflicts; and (2) Defendant overlooked the deadline. Docket No. 69 at 2. Neither of those reasons amounts to good cause or excusable neglect. As a **one-time** courtesy, however, the Court **GRANTS** the stipulation. Defendant must file its response to Plaintiff's motion to compel (Docket No. 66) no later than September 17, 2019. No further extensions will be granted.

The Court expects the parties to comply with its orders and all other applicable rules to be followed.

IT IS SO ORDERED.

Dated: September 11, 2019

                    _____
                    Nancy J. Koppe
                    United States Magistrate Judge