# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL JOHNSON, et al., | Case No.: 2:18-cv-02361-MMD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 77) |
| INTU Corp., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion for leave to file a second amended complaint. Docket No. 77. Defendant failed to respond by the deadline to do so. *See* Docket. That failure constitutes "a consent to the granting of the motion." *See* Local Rule 7-2(d). Accordingly, the Court **GRANTS** the motion. Docket No. 77. Plaintiffs shall promptly file and serve the amended complaint. *See* Local Rule 15-1.

Dated: February 12, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1