# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL JOHNSON,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>INTU, et al.,<br><br>　　　Defendant(s). | Case No.: 2:18-cv-02361-MMD-NJK<br><br>**ORDER**<br><br>(Docket Nos. 88, 91) |

Pending before the Court is a motion to withdraw as counsel for Defendants. Docket No. 88. Also pending before the Court is Defendants' motion for leave to appear telephonically for hearing set for April 1, 2020 at 11:00 a.m. Docket No. 91.

For good cause shown, the Court **GRANTS** the motion to withdraw as counsel. Docket No. 88. Corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant INTU is **ORDERED** to file, no later than April 16, 2020, a notice of appearance by new counsel. Defendant Edwards is **ORDERED** to file, no later than April 16, 2020, either a notice of appearance by new counsel or a notice that she intends to proceed *pro se*. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.** The Court vacates the hearing set for April 1, 2020, at 11:00 a.m.

Further, the Court **DENIES** Defendants' motion for leave to appear telephonically as moot. Docket No. 91.

IT IS SO ORDERED.

Dated: March 17, 2020

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1