**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jmoser@maclaw.com
   *Attorneys for Defendants,*
   *INTU Corporation and Deanna Edwards*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL JOHNSON, on behalf of herself and all others similarly situated, an individual: ELIZABETH SPANGLER, on behalf of herself and all others similarly situated, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>INTU, a Nevada corporation; DEANNA EDWARDS, an individual,<br><br>    Defendants. | Case Number: 2:18-cv-02361-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO APPROVE CLASS NOTICE [ECF NO. 102]**<br><br>**(First Request)** |

Plaintiffs Krystal Johnson and Elizabeth Spangler (together, "Plaintiffs"), by and through their attorneys of record, The VerStandig Law Firm, LLC, and Defendants INTU Corporation and Deanna Edwards (together, "Defendants," and with Plaintiffs, the "Parties"), by and through their attorneys of record, the law firm of Marquis Aurbach Coffing, hereby enter into this Stipulation and Order to Extend Defendants' Deadline to Respond to Motion to Approve Class Notice (First Request).

WHEREAS, Defendants recently produced, on or about June 30, 2020, nearly 400 pages of financial documents – including bank statements, mortgage forbearance correspondence, and tax returns – for consideration by Plaintiffs and their counsel in order to demonstrate Defendants'

MAC:16072-001 4088646_1 7/8/2020 5:29 PM

insolvency and current lack of revenue in light of the COVID-19 pandemic and to facilitate settlement discussions;

WHEREAS, Plaintiffs and their counsel are still reviewing the financial records produced and evaluating their options as this litigation progresses;

WHEREAS, Defendants have accepted much of Plaintiffs' proposed class notice [ECF No. 102-1] with minor revision and have expressed a willingness to provide all requested information to which they currently have access to facilitate possible dissemination of the class notice if the matter does not settle prior to dissemination; and,

WHEREAS, the Parties seek to preserve their own and this Court's resources by potentially avoiding further briefing on Plaintiffs' pending Motion to Approve Class Notice [ECF No. 102] ("Motion"), while reserving their respective rights to submit a Response and Reply.

IT IS HEREBY STIPULATED AND AGREED that Defendants' deadline to file a Response to the Motion shall be extended by thirty (30) days, from the current deadline of July 10, 2020, to August 10, 2020.

Dated this 8th day of July, 2020.                    Dated this 8th day of July, 2020.

MARQUIS AURBACH COFFING                    THE VERSTANDIG LAW FIRM, LLC

By:   */s/ Jared M. Moser*                    By:   */s/ Maurice VerStandig*
    Nick D. Crosby, Esq.                         Maurice VerStandig, Esq.
    Nevada Bar No. 8996                          Nevada Bar No. 15346
    Jared M. Moser, Esq.                         1452 W. Horizon Ridge Pkwy, #665
    Nevada Bar No. 13003                         Henderson, NV 89012
    10001 Park Run Drive                         *Attorney for Plaintiffs Krystal Johnson and*
    Las Vegas, Nevada 89145                      *Elizabeth Spangler*
    *Attorneys for Defendants, INTU*
    *Corporation and Deanna Edwards*

## **ORDER**

IT IS HEREBY ORDERED this   9   day of   July  , 2020.

_____
UNITED STATES MAGISTRATE JUDGE

MAC:16072-001 4088646_1 7/8/2020 5:29 PM